**Order filed October 12, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00422-CV
_____

**TIFFANY DAVIS, Appellant**

**V.**

**WALMART AND CINDY TORRES, Appellees**

On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2015-76772

# O R D E R

The notice of appeal in this case was filed July 27, 2021. The clerk responsible for preparing the record notified this court that appellant had not made payment for the clerk's record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On September 1, 2021, this court notified appellant that the appeal was subject to dismissal unless she filed a response with proof of payment for the clerk's record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that she has made arrangements to pay for the clerk's record on or before October 27, 2021. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.